IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:17cr23-KS-MTP

JOHN BAXTER

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. Mot. for Final Order of Forfeiture, ECF No. 250. Having reviewed the motion and the attached exhibits, and based on the record and the applicable law, the Court finds that the government's motion is well taken and should be GRANTED. In support of the instant ORDER, the Court finds as follows:

WHEREAS, on March 29, 2018 and February 21, 2019, this Court entered Agreed Preliminary Orders of Forfeiture, ordering Defendant, **JOHN BAXTER**, to forfeit:

 **(1)** **$105,710.00 United States Currency;** and
 **(2)** **$80,300.00 United States Currency.**

As the United States advices that the Drug Enforcement Administration has already administratively forfeited the **$105,710.00 United States Currency**, this order involves only the **$80,300.00 United States Currency**; and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Agreed Preliminary Orders of Forfeiture, and further notifying all third parties of their right to petition the Court, within thirty (30) days from either receipt of notice or the last day of publication for a hearing, to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no claims were filed regarding the **$80,300.00 United States Currency**; and

WHEREAS, the Court finds that Defendant, **JOHN BAXTER**, had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **$80,300.00 United States Currency** is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED this the  9th   day of      May                , 2019.


                                                                      s/Keith Starrett                   
                                                      UNITED STATES DISTRICT JUDGE